1  EACH DEFENDANTED IS SUED INDIVIDUALLY
   AND IN HIS OFFICIAL CAPACITY

E-filing   D.W. WIEKING
   S. DISTRICT

WHA
CV 08   2856   (PR)

2  DEFENDANT, ROBERT L. AYERS, JR IS WARDEN OF
   SAN QUENTIN. HE IS LEGALLY RESPONSIBLE FOR
   THE OPERATION OF SAN QUENTIN AND FOR THE
   WELFARE OF ALL THE INMATES OF THAT PRISON.

3  DEFENDANT, POLK IS A CORRECTIONAL OFFICER
   OF THE CALIFORNIA DEPT. OF CORRECTIONS
   WHO, AT ALL TIMES MENTIONED IN THIS
   COMPLAINT, HELD THE RANK OF PRISON GUARD
   AND WAS ASSIGNED TO SAN QUENTIN.

4  UNDER COLOR OF STATE LAW REQUIREMENT
   ALL DEFENDANTS CONDUCT IS THE MISUSE OF
   POWER POSSESSED BY VIRTUE OF STATE LAW
   AND MADE POSSIBLE ONLY BECAUSE THE
   WRONGDOER IS CLOTHED WITH THE AUTHORITY
   OF STATE LAW.
   WEST V. ATKINS 487 U.S. 42,48 (1988)

5  ON WEDNESDAY, SEP. 19th 2007 AFTER BEING CHARGED
   WITH BATTERY ON A INMATE IN WEST BLOCK, WHILE
   BEING ESCORTED BY CORRECTIONAL OFFICER SEXTON
   THROUGH WEST BLOCK YARD, OFFICER POLK RAN UP
   NEXT TO ME AND YELLED " ESCORT P.C. ".
   THE YARD WAS FULL OF INMATES FROM WEST
   BLOCK.

6  IN DENEFIELD V. MCDOWALL 241 F. 3D 1267, 1270 (10th CIR. 2001) THE COURT STATED THAT THE 8th AMEND WAS VIOLATED WHEN PRISON OFFICIAL LABELED PRISONER A "SNITCH" BECAUSE THE LABEL EXPOSES PRISONER TO POTENTIAL FOR GREAT HARM AND CONSTITUTES DELIBERATE INDIFFERENCE TO PRISONERS SAFETY.

7  PLAINTIFF STATES THAT OFFICER POLK'S LABEL OF "P.C." VIOLATED HIS 8th AMEND. RIGHTS.

8  PLAINTIFF FURTHER STATES THAT THIS LABEL OF "P.C." VIOLATED HIS DUE PROCESS AND EQUAL PROTECTION CLAUSES OF THE 5th AND 14th AMEND. GIVING RISE TO SIGNIFICANT HARDSHIP ON THE INMATE IN RELATION TO THE ORDINARY INCIDENTS OF PRISON LIFE AND THAT SIMILARY SITUATED INMATES ARE INTENTIONALLY TREATED DIFFERENTLY BY THE STATE AND THERE IS NO RATIONAL RELATION BETWEEN THE DISSIMILAR TREATMENT AND ANY LEGITIMATE PENAL INTEREST.
E.G. SANDIN V. CONNER 515 U.S. 472, 484 (1995)

9  THE DELIBERATE INDIFFERENCE OF OFFICER POLK IS CLEARLY A VIOLATION OF PLAINTIFF'S 5th, 8th AND 14th AMENDMENT DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENT AND EQUAL PROTECTION RIGHTS UNDER THE UNITED STATES CONSTITUTION.

10. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

11. PRISON LITIGATION REFORM ACT OF 1996 EXHAUSTION OF ADMINISTRATION REMEDIES REQUIREMENT
FILED 602 ON 6-2-8

12. PRAYER FOR RELIEF, HEREFORE PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF'S DECLARITION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

13. PLAINTIFF'S COSTS IN THIS SUIT

14. ALL ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

15. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

16   I HAVE READ THE FOREGOING COMPLAINT AND
HEREBY VERIFY THAT THE MATTERS ALLEGED
THEREIN ARE TRUE, EXEPT AS TO THOSE MATTERS
ALLEGED ON INFORMATION AND BELIEF, AND TO
THOSE, I BELIEVE THEM TO BE TRUE.
I CERTIFY UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT.
THIS FINE 2ND DAY OF JUNE, 2008.

RICK P. SMITH
IN PRO SE



RICK SMITH T-98778
S.Q.S.P. D-531
SAN QUENTIN, CA.
94974

NSF
SAN QUENTIN STATE PRISON

RECEIVED

JUN — 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
450 GOLDEN GATE AV.
SAN FRANCISCO, CA -
94102

941 02#3961  C004

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42°
02 1M
0004248283
MAILED FROM ZIP CODE 94964
JUN 03 2008