OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURN TO SENDER
Contraband-not accepted
polaroids, stickers, postage stamps
lipstick, gang related, markings, drawings,
newspaper/magazine clippings, unknown
stains, oversized envelope.
Other _____

☐ Name missing/incomplete
☐ Not in custody
By: _____ (Staff Initials)

RECEIVED
FILED
JUN 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rick Smith
T95776-D14
Contra Costa County Detention
Gul Court St
Martinez Ca. 94553

REASON CHECKED
☐ UNCLAIMED   ☐ REFUSED
☒ ADDRESSEE   ☐ INSUFFICIENT ADDRESS
☐ NO SUCH STREET   ☐ NUMBER
☐ MOVED, LEFT NO ADDRESS
☐ MOVED, NOT FORWARDABLE

RETURN TO SENDER



02 1A
0004329882
MAILED FROM ZIP CODE 94102
$01.17⁰
JUN 16 2008
PITNEY BOWES
UNITED STATES POSTAGE