1. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY.

2. DEFENDANT, ROBERT L. AYERS, JR. IS WARDEN OF SAN QUENTIN. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF SAN QUENTIN AND FOR THE WELFARE OF ALL THE INMATES OF THAT PRISON

3. DEFENDANT, POLK, IS A CORRECTIONAL OFFICER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PRISON GUARD AND IS ASSIGNED TO SAN QUENTIN.

4. UNDER COLOR OF STATE LAW REQUIREMENT ALL DEFENDANTS CONDUCT IS THE MISUSE OF POWER POSSESSED BY VIRTUE. OF STATE LAW AND MADE POSSIBLE ONLY BECAUSE THE WRONGDOER IS CLOTHED WITH THE AUTHORITY OF STATE LAW WEST V. ATKINS 487 U.S. 42, 48 (1988)

5. ON WEDNESDAY, SEP. 19th 2007 AFTER BEING CHARGED WITH BATTERY ON A INMATE IN WEST BLOCK, WHILE BEING ESCORTED BY CORRECTIONAL OFFICER SEATON THROUGH WEST BLOCK YARD, OFFICER POLK RAN UP NEXT TO ME AND YELLED "ESCORT P.C." THE YARD WAS FULL OF INMATES FROM WEST BLOCK YARD.

6. IN BENEFIELD V. MCDOWALL 241 F.30 1267, 1270 (9th CIR 2001) THE COURT STATED THAT THE 8th AMEND. WAS VIOLATED WHEN PRISON OFFICIAL LABLED PRISONER A "SNITCH" BECAUSE THE LABEL EXPOSES PRISONER TO POTENTIAL FOR GREAT HARM AND CONSTITUTES DELIBERATE INDIFFERENCE TO PRISONERS SAFETY.

7. PLAINTIFF STATES THAT OFFICER POLK'S LABEL OF "P.C" VIOLATED HIS 8th AMEND. RIGHTS.

8. PLAINTIFF FURTHER STATES THAT THIS LABEL OF "P.C" VIOLATED HIS DUE PROCESS AND EQUAL PROTECTION CLAUSES OF THE 5th AND 14th AMEND. GIVING RISE TO SIGNIFICANT. HANDSHIP ON THE INMATE IN RELATION TO THE ORDINARY INCIDENTS OF PRISON LIFE AND THAT SIMILARLY SITUATED INMATES ARE INTENTIONALLY TREATED DIFFERENTLY BY THE STATE AND THERE IS NO RATIONAL RELATION BETWEEN THE DISSIMILAR TREATMENT

AND ANY LEGITIMATE PENAL INTEREST.
SANDIN V. CONNER 515 U.S. 472, 484 (1995)

THE DELIBERATE INDIFFERENCE OF OFFICER PELK IS
CLEARLY A VIOLATION OF PLAINTIFFS 5th, 8th AND 14th
AMENDMENT DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENT
AND EQUAL PROTECTION RIGHTS UNDER THE UNITED STATES
CONSTITUTION.

◦ THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY
AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN.
PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE
IRREPARABLY INJURED BY THE CONDUCT OF THE
DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY
AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

1 PRISON LITIGATION REFORM ACT OF 1996 EXHAUSTION OF
ADMINISTRATIVE REMEDIES REQUIREMENT: FILED 602
ON 6-2-8 WAS LOST OR DESTROYED FILED COPY ON 7-11-8.

2 PRAYER FOR RELIEF HEREFORE PLAINTIFF RESPECTFULLY
PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING
PLAINTIFFS DECLARATION THAT THE ACTS AND OMISSIONS
DESCRIBED HEREIN VIOLATED PLAINTIFFS RIGHTS UNDER
THE CONSTITUTION AND LAWS OF THE UNITED STATES.

13 PLAINTIFF'S COSTS IN THIS SUIT.

14 ALL ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER
AND EQUITABLE.

15 A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

16 I HAVE READ THE FOREGOING COMPLAINT AND HEREBY
VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE
EXEPT AS TO THOSE MATTERS ALLEGED ON INFORMATION
AND BELIEF, AND TO THOSE I BELIEVE THEM TO BE TRUE
I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.
THIS THE 11th DAY OF JULY, 2008 IN MARIN
COUNTY, CALIFORNIA.

Rick P. Smith
RICK P. SMITH

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RICK SMITH T-98878
S.Q.S.P. D-531
SAN QUENTIN, CA.
94974

## BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA