IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMITH,

    Plaintiff,

  v.

Warden ROBERT L. AYERS, JR. and
Correctional Officer POLK,

    Defendants.

No. C 08-2856 WHA (PR)

**ORDER OF DISMISSAL**

    This is a civil rights action that was opened when the court received from an inmate at San Quentin State Prison a two-page "Statement of Claim" and a cover letter that said it was a "statement of claim for 42 U.S.C. § 1983 complaint." In an effort to protect plaintiff's rights, it was treated as a Section 1983 complaint.

    On the day the complaint was received, June 9, 2008, the clerk notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

    On June 20, 2008, the clerk's notice, which had been sent to the Contra Costa County Jail in error, was returned as undeliverable. On July 16, 2008, plaintiff filed a document which appears to be a restatement of the claims raised in the original filing. On August 6, 2008, another clerk's notice that plaintiff had not paid the filing fee nor applied for leave to proceed

IFP was sent to him, this time at San Quentin. It has not been returned, so the Court must assume that plaintiff received it. He has, however, neither paid the filing fee nor applied for leave to proceed in forma pauperis. This case is therefore **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\SMITH2856.DIS-IFP.wpd

2